# In the United States District Court for the Southern District of Georgia Statesboro Division

FILED
Scott L. Poff, Clerk
United States District Court

By CAsbell at 10:05 am, Apr 21, 2020

```
UNITED STATES OF AMERICA,    )
                             )
    v.                       )    CR 610-029
                             )    CV 613-005
WAYNE EVANS,                 )
                             )
    Defendant.               )
```

### ORDER

Before the Court is Defendant Wayne Evans' Motion for Extension of Time to File a 28 U.S.C. § 2255 Motion. Dkt. No. 169. The Court does not have jurisdiction to consider Evans' request. Because Evans has yet to file an actual § 2255 motion, there is no actual case or controversy to be heard. Swichkow v. United States, 565 F. App'x 840, 844 (11th Cir. 2014) (upholding district court's conclusion that it lacked jurisdiction to consider defendant's motion for extension to the § 2255 limitations period absent a formal request for habeas relief). Furthermore, the Court lacks jurisdiction to decide Evans' motion, for the claim is subject to the successiveness limitations contained in 28 U.S.C. § 2255(h). Accordingly, Evans' motion is **DISMISSED**.

**SO ORDERED** this 21st day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA